IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL OTIS ROBERTSON**  **PLAINTIFF**
ADC #136346

v.   CASE NO: 4:21-cv-01127-LPR

**NELSON, et al.**  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation (PFR) submitted by United States Magistrate Judge Patricia S. Harris.[1] Plaintiff has not filed any objections and the time for doing so has expired. After a careful and *de novo* review of the PFR and the record, the Court concludes that the PFR should be, and hereby is, approved in its entirety at this Court's findings and conclusions in all respects.[2]

Accordingly, Defendants' Motion for Summary Judgment (Doc. 63) is GRANTED. Judgment will be entered in favor of Defendant Nelson, Defendant Murphy, and Defendant Belt on Plaintiff's excessive force claims against them. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 1st day of September 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Proposed Findings and Recommendation (Doc. 88).

[2] The Court reads the last sentence of page 15 of the PFR to include "assertions" that Robertson made at the beginning of the video footage of the 6:30 a.m. interaction—assertions that referenced an earlier event where his hand was allegedly injured.