# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MICHAEL OTIS ROBERTSON**  **PLAINTIFF**
**ADC #136346**

v.  **CASE NO: 4:21-cv-01127-LPR**

**NELSON, et al.**  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order that was filed today and previous Orders entered in this case, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of the Defendants. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 1st day of September 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE